IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS RUSSELL III, DARCELL RUSSELL and THOMAS RUSSELL II, on their own behalf and on behalf of their son DARREN RUSSELL, a minor, | No. 10 CV 0525 |
| | Judge George M. Marovich |
| Plaintiffs, | Magistrate Judge Sidney I. Schenkier |
| v. | |
| CITY OF CHICAGO, OFFICER KATALINIC, OFFICER KASPER, OFFICER MOHAMMAD, OFFICER ANTONSEN, and SERGEANT MARTIN MURPHY, | |
| Defendants. | JURY TRIAL DEMANDED |

**PLAINTIFFS' ELEVENTH MOTION *IN LIMINE* TO BAR
IMPROPER BOLSTERING OF THE DEFENDANTS**

NOW COME Plaintiffs, THOMAS RUSSELL III, DARREN RUSSELL, THOMAS RUSSELL II and DARCEL RUSSELL, by their counsel, Smith, Johnson & Antholt LLC, moving *in limine* to bar improper bolstering of the Defendants. In support thereof, Plaintiff states as follows:

Pursuant to Federal Rules of Evidence 402 and 404, Defendants should not be allowed to bolster their character with testimony of commendations, awards, etc. Such testimony also constitutes inadmissible hearsay and should therefore be excluded. The Defendants' commendations are not probative of Plaintiffs' allegations or the defenses thereto. As held in *Charles v. Cotter,* 867 F.Supp. 648 (N.D. Ill. 1994), evidence of this nature would serve the improper function of providing evidence of Defendants' character for the purpose of proving action in conformity therewith on the night in question. *Id.* at 659 n.6.

Unlike proper FRE 404(b) evidence, such evidence does not go to motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident. *Id.* Moreover, this evidence constitutes hearsay that is not admissible under any exception. *See* Fed. R. Evid. 801-802.

WHEREFORE, Plaintiffs respectfully request an order barring improper bolstering of the Defendants.

RESPECTFULLY SUBMITTED,


    /s/ Amanda Antholt
One of the Attorneys for Plaintiffs


Amanda Antholt
Christopher R. Smith
Smith, Johnson & Antholt LLC
112 S. Sangamon Street, 3rd Floor
Chicago, IL 60607
312.432.0400