IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS RUSSELL III, DARCELL RUSSELL and THOMAS RUSSELL II, on their own behalf and on behalf of their son DARREN RUSSELL, a minor, | No. 10 CV 0525 |
| | Judge George M. Marovich |
| Plaintiffs, | Magistrate Judge Sidney I. Schenkier |
| v. | |
| CITY OF CHICAGO, OFFICER KATALINIC, OFFICER KASPER, OFFICER MOHAMMAD, OFFICER ANTONSEN, and SERGEANT MARTIN MURPHY, | |
| Defendants. | JURY TRIAL DEMANDED |

**PLAINTIFFS' TWELVTH MOTION *IN LIMINE* TO BAR
INAPPROPRIATE DAMAGES ARGUMENT**

NOW COME Plaintiffs, THOMAS RUSSELL III, DARREN RUSSELL, THOMAS RUSSELL II and DARCEL RUSSELL, by their counsel, Smith, Johnson & Antholt LLC, moving *in limine* to bar inappropriate argument regarding damages. In support thereof, Plaintiffs state as follows:

The Seventh Circuit has deemed arguments appealing to the jurors' pecuniary interests as taxpayers to be generally improper. *Moore ex rel. Estate of Grady v. Tuelja*, 546 F.3d 423, 429 (7th Cir. 2008). The City is a party in this case, and the defense counsel should not be permitted to argue or suggest that the City's budgetary issues should be a consideration or suggest – explicitly or implicitly – that actual financial implications of this lawsuit will cost taxpayers money. All such arguments should be barred.

WHEREFORE, Plaintiffs respectfully request an order barring improper damages arguments.

RESPECTFULLY SUBMITTED,


_____/s/ Amanda Antholt_____
One of the Attorneys for Plaintiffs


Amanda Antholt
Christopher R. Smith
Smith, Johnson & Antholt LLC
112 S. Sangamon Street, 3rd Floor
Chicago, IL 60607
312.432.0400