Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 525 | **DATE** | 8/18/2011 |
| **CASE TITLE** | Thomas Russell, III, et al. Vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Filed Jury Verdict. Judgment entered on the jury verdict. Court enters judgment against defendants and in favor of plaintiffs Thomas Russell III, Darren Russell, Darcel Russell and Thomas Russell II in the amount of $175,000.00, 85,000.00, 35,000.00 and 35,000.00, respectively. Court enters judgment as to punitive damages in favor of plaintiffs and against defendant Antonsen in the amount of $2,000.00 and against defendant Murphy in the amount of $1,000.00.

Docketing to mail notices.
*Mail AO 450 form.

| | | Courtroom Deputy Initials: | CW |
|---|---|---|---|